IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COREY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-0146-CG-C |
| | ) |
| NELSON MARINE SERVICE, INC., | ) |
| and MARIGOLD TUGS, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order granting defendants' motion for summary judgment entered on February 21, 2008 (Doc. 52), and the plaintiff having advised the court that there are no maintenance and cure issues remaining to be resolved (Doc. 53), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is entered in favor of the defendants, Nelson Marine Service, Inc., and Marigold Tugs, Inc., and against the plaintiff, Corey Thomas.  Therefore, this action is hereby **DISMISSED WITH PREJUDICE**.  Costs are taxed against the plaintiff.

**DONE and ORDERED** this the 28th day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE